

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Trustees for The Mason Tenders District Council Welfare Fund, Pension Fund, Annuity Fund, and Training Program Fund, *et al.*,

           Petitioners,

–v–

Dhother Construction, Inc.,

           Respondent.

20-cv-5209 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On July 7, 2020, Petitioner filed a petition to confirm an arbitral award. Petitioner has not yet docketed an affidavit of service. It is hereby ORDERED that Petitioner docket a certificate of service proving that Petitioner properly served defendant.

    IT IS FURTHER ORDERED that Respondent shall serve any opposition to the petition by August 7, 2020. Petitioner's reply, if any, shall be served by August 14, 2020.

    IT IS FINALLY ORDERED that Petitioner serve a copy of this Order on Respondent and inform Respondent of Rule 1.H. of this Court's Individual Practices, which requires all attorneys representing parties before this Court to register promptly as filing users on ECF.

    SO ORDERED.

Dated: July 17, 2020
       New York, New York

                                    ALISON J. NATHAN
                                  United States District Judge