UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/25/2020

Trustees for The Mason Tenders District Council Welfare Fund, Pension Fund, Annuity Fund, and Training Program Fund, et al.

Petitioners,

–v–

Dhother Construction, Inc.

Respondent.

20-cv-5209 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On July 7, 2020, Petitioner filed a petition to confirm an arbitral award. Dkt. No. 1. On July 17, 2020, the Court set a briefing schedule and noted that Petitioners had not yet docketed an affidavit of service proving that they had properly served the Respondent. Dkt. No. 6. The Court directed Petitioners to do so. *Id.* The Court further ordered Petitioners to serve the Court's July 17, 2020 Order on Respondent. *Id.*

Petitioner has still not docketed affidavits of service demonstrating that they have served either their petition or the Court's July 17, 2020 Order. The Petitioner is directed to do so no later than August 31, 2020. The parties should then meet and confer to determine a briefing schedule to govern this case, and submit a joint letter no later than September 8, 2020.

Petitioner is warned that failure to strictly comply with the Court's may result in dismissal of this case for failure to prosecute. *See United States ex rel. Drake v. Norden Systems*, 375 F.3d 248, 250 (2d Cir. 2004) (noting "a district judge's authority to dismiss actions based on a plaintiff's failure to prosecute").

SO ORDERED.

Dated: August 24, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge