# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

Trustees for the Mason Tenders District Council
Welfare Fund, Pension Fund, Annuity Fund, and
Training Program Fund, *et al.*,

                    Petitioners,                    20 **CIVIL** 5209(AJN)

        -against-                                    **JUDGMENT**

Dhother Construction, Inc.,

                    Respondent.

------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated July 26, 2021, Petitioners' motion for summary judgment is GRANTED and the arbitration award is confirmed; accordingly, this case is closed**.**

**Dated**: New York, New York
      July 27, 2021

                            **RUBY J. KRAJICK**

                            **Clerk of Court**

         **BY**: _____

                           **Deputy Clerk**